# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **EDWARD STALEY,** | : |
| **Plaintiff** | : |
| v. | : 5:05-CV-174 |
| **SGT. RIVERS, et al.,** | : |
| **Defendants** | : |

## ORDER

Plaintiff's motion for reconsideration having been carefully considered is DENIED based on Plaintiff's failure to establish any legal or factual basis for his claims.

**SO ORDERED this 4th day of October, 2005.**

    S/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**